UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,           )   No. CR-08-173-RHW-4
                                    )
            Plaintiff,              )   ORDER GRANTING MOTION AND
                                    )   SETTING CONDITIONS
v.                                  )   OF RELEASE
                                    )
JASON W. LEE,                       )   ☑ Motion Granted
                                    )     (Ct. Rec. 142)
            Defendant.              )
                                    )   ☑ Action Required
                                    )
_____)

Date of Motion hearing: March 11, 2009.

    **IT IS ORDERED** that the release of the Defendant is subject to the
following:

### STANDARD CONDITIONS OF RELEASE

    (1)  Defendant  shall  not  commit  any  offense  in  violation  of
federal, state or local law.  Defendant shall advise the supervising
Pretrial Services Officer and defense counsel within one business
day of any charge, arrest, or contact with law enforcement.

    (2)  Defendant shall immediately advise the court, defense counsel
and the U.S. Attorney in writing before any change in address and
telephone number.

    (3)  Defendant  shall  appear  at  all  proceedings  as  required  and
shall surrender for service of any sentence imposed as directed.

    (4)  Defendant  shall  sign  and  complete  A.O.  199C  before  being
released and shall reside at the addressed furnished.

    (5)  Defendant shall not possess a firearm, destructive device or
other dangerous weapon.

    (6)  Defendant  shall  report  to  the  United  States  Probation  Office
before  or  immediately  after  release  and  shall  report  as  often  as
they  direct,  at  such  times  and  in  such  manner  as  they  direct.
Defendant shall contact defense counsel at least once a week.

    (7)  Defendant is further advised, pursuant to 18 U.S.C. § 922(n),

ORDER SETTING CONDITIONS OF RELEASE  - 1

1   it is unlawful for any person who is under indictment for a crime
    punishable by imprisonment for a term exceeding one year, to
2   possess, ship or transport in interstate or foreign commerce any
    firearm or ammunition or receive any firearm or ammunition which has
3   been shipped or transported in interstate or foreign commerce.

4                                **BOND**

5   (8) Defendant shall:

6       ☐ Execute an unsecured appearance bond in the amount of
    *twenty-five thousand* _____ dollars
7   ($*25,000.* ___) in the event of a failure to appear as required or
    to surrender as directed for service of any sentence imposed.

8       ☐ Execute an unsecured appearance bond, to be co-signed by
9   _____, in the amount of
    _____ dollars
10  ($_____) in the event of a failure to appear as required or
    to surrender as directed for service of any sentence imposed.

11      ☐ Execute:   ☐ $_____    corporate surety bond
12                   ☐ $_____    property bond
13                   ☐ $_____    cash bond
14                   ☐ $_____    percentage bond, with
                                           $_____ paid in cash

15

16                **ADDITIONAL CONDITIONS OF RELEASE**

17    Upon finding that release by one of the above methods will not by

18  itself reasonably assure the appearance of the Defendant and the

19  safety of other persons and the community,

20    **IT IS FURTHER ORDERED** that the release of the Defendant is subject

21  to the following additional conditions:

22  ☐ (9)  The Defendant is placed with:

23        _____
          Name of person or organization
24        _____
          Address
25        _____
          City and State              Tele. Number
26
27        _____
          Signature                   Date
28  who agrees to sign a copy of this Order, **to be kept in Pretrial**

    ORDER SETTING CONDITIONS OF RELEASE  - 2

1  **Services' file**; supervise the Defendant consistent with all the
2  conditions of release; use every effort to assure the appearance of
3  the Defendant at all scheduled court proceedings; and notify the
4  court immediately in the event the Defendant violates any conditions
5  of release or disappears.

6  ☐ (10) Maintain or actively seek lawful employment.

7  ☐ (11) Maintain or commence an education program.

8  ☐ (12) Surrender any passport to Pretrial Services and does not
9  apply for a new passport.

10  ☐ (13) Defendant shall remain in the:

11      ☑ Eastern District of Washington or ☐ State of Washington
12  while the case is pending.  On a showing of necessity, Defendant may
13  obtain prior written permission to leave this area from the United
14  States Probation Office.

15      ☐ Exceptions:

16      _____

17      _____

18  ☐ (14) Avoid all contact, direct or indirect, with any persons who
19  are or who may become a victim or potential witness in the subject
20  investigation or prosecution, including but not limited to:

21  _____

22  _____

23  ☑ (15) Avoid all contact, direct or indirect, with known felons. *or co-defendants* .

24  ☐ (16) Undergo medical or psychiatric treatment and/or remain in an
25  institution as follows:

26  _____

27  ☑ (17) Refrain from:  ☑ any  ☐ excessive use of alcohol

28  ☑ (18) There shall be no alcohol in the home where Defendant

ORDER SETTING CONDITIONS OF RELEASE  - 3

resides.

☑ (19) There shall be no firearms in the home where Defendant resides.

☑ (20) Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

☐ (21) Except for employment purposes, Defendant shall not have access to the internet.

☐ (22) Defendant may not be in the presence of minors, unless a responsible adult is present at all times.

### SUBSTANCE ABUSE EVALUATION AND TREATMENT

If Defendant is required to submit to a substance abuse evaluation, inpatient or outpatient treatment, the following shall apply:

Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If Defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, Pretrial Services shall notify the court and the U.S. Marshal, who will be directed to immediately arrest the Defendant.

Defendant shall participate in one or more of the following treatment programs:

☐ (23) **Substance Abuse Evaluation:** Defendant shall undergo a substance abuse evaluation:

   ☐ if directed by a U.S. Probation Officer.

   ☐ as directed by a U.S. Probation Officer.

   ☐ Prior to release, Defendant must have an appointment for a substance abuse evaluation, and the appointment must be confirmed to the court by Pretrial Services. Defendant will be released:

ORDER SETTING CONDITIONS OF RELEASE  - 4

1    ☐ one day prior to, or ☐ on the morning of his appointment.

2    ☐ (24) **Inpatient Treatment:** Defendant shall participate in an

3    intensive inpatient treatment program.

4    ☐ Prior to release, an available bed and date of entry must be

5        confirmed by Pretrial Services.

6    ☐ Defendant will be released to an agent of the inpatient

7        program on _____.

8    ☐ Prior to release from inpatient treatment, an outpatient

9        treatment program must be presented to the court.    If

10       Defendant does not have a structured outpatient treatment

11       program in place prior to conclusion of her inpatient

12       treatment, Defendant automatically will go back into the

13       custody of the U.S. Marshal.

14   ☐ Following inpatient treatment, Defendant shall participate in

15       an aftercare program.

16   ☑ (25) **Outpatient Treatment:** Defendant shall participate in

17   intensive outpatient treatment.

18   ☑ Prior to release, an appointment for Defendant's first

19       counseling session must be made and confirmed by Pretrial

20       Services.  Defendant will be released:

21       ☐ one day prior to, or ☑ on the morning of his appointment

22   ☑ (26) **Other:** _Go to pretrial services immediately upon_

23   _release_

24   _____

25   _____

26   ☑ (27) **Prohibited Substance Testing:  If random urinalysis testing**

27   **is not done through a treatment program, random urinalysis testing**

28   **shall be conducted through Pretrial Services, and shall not exceed**

ORDER SETTING CONDITIONS OF RELEASE  - 5

**six (6) times per month.**  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.  Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor.  Treatment shall not interfere with Defendant's court appearances.

### HOME CONFINEMENT/ELECTRONIC/GPS MONITORING

(28) Defendant shall participate in one or more of the following home confinement program(s):

☐ **Electronic Monitoring.**  The Defendant shall participate in a program of electronically monitored home confinement.  The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation.  In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the U.S. Probation Office.

☐ **GPS Monitoring**.  The Defendant shall participate in a program of GPS confinement.  The Defendant shall wear, at all times, a GPS device under the supervision of U.S. Probation.  In the event

ORDER SETTING CONDITIONS OF RELEASE  - 6

1    the Defendant does not respond to GPS monitoring or cannot be

2    found, the U.S. Probation Office shall forthwith notify the

3    United States Marshals' Service, who shall immediately find,

4    arrest and detain the Defendant.  The Defendant shall pay all or

5    part of the cost of the program based up ability to pay as

6    determined by the U.S. Probation Office.

7    ☐ **Curfew**. Defendant shall be restricted to his/her residence:

8       ☐ every day from _____ to _____

9       ☐ as directed by the Pretrial Services Office

10   ☑ **Home detention.** Defendant shall be restricted to his/her

11   residence at all times except for ~~employment,~~ ~~education,~~

12   religious services; medical, substance abuse, or mental health

13   treatment; attorney visits; court appearances; case-related

14   matters; court-ordered obligations; or other activities as pre-

15   approved by the Pretrial Services Office or supervising officer.

16   ☐ Maintain residence at a halfway house or community corrections

17   center, as deemed necessary by the Pretrial Services Office or

18   supervising officer.

19   DATED March 11, 2009.

20

21   _____

22   CYNTHIA IMBROGNO
     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

ORDER SETTING CONDITIONS OF RELEASE  - 7