UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br> v.  <br> JASON W. LEE,  <br>  Defendant. | No. CR-08-173-RHW-4  <br> ORDER GRANTING IN PART MOTION TO MODIFY |

Before the court is Defendant's Motion to Modify Conditions of Release.

**IT IS ORDERED** that Defendant's Motion **(Ct. Rec. 337)** is **GRANTED in part** as follows:

1. The request that Defendant no longer be subject to a curfew is **DENIED.**

2. The Defendant shall be allowed to spend one day at Silverwood, in Idaho, at a time to be arranged with his probation officer.

3. All other terms and conditions of the prior release order shall remain in full force and effect.

DATED July 31, 2009.

   S/ CYNTHIA IMBROGNO
   UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART MOTION TO MODIFY - 1